**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Date of Arrest: OCT. 24, 2016

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate's Case No. 16-1852MJ |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF |
| | ) 21 U.S.C. §§ 952 and 960 |
| vs. | ) Importation of a Controlled |
| | ) Substance |
| Angelica Del Carmen BELTRAN-Duenas, | ) Count One |
| Citizen of Mexico, | ) |
| YOB 1961 | ) 21 U.S.C. § 841 |
| | ) Possession of a Controlled |
| | ) Substance with Intent to |
| Defendant. | ) Distribute |
| | Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about October 24, 2016, at or near San Luis, Arizona, within the District of Arizona, defendant, Angelica Del Carmen BELTRAN-Duenas, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a) and (b)(3).

COUNT TWO

On or about October 24, 2016, at or near San Luis, Arizona, within the District of Arizona, the defendant, Angelica Del Carmen BELTRAN-Duenas, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers; a Schedule II

Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Louis Uhl

_____
Kirk Zimmer
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, October 25, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

US v. BELTRAN-Duenas

UNITED STATES OF AMERICA
vs.
Angelica Del Carmen BELTRAN-Duenas.

**STATEMENT OF FACTS**

I, Kirk Zimmer, being duly sworn, do state the following:

On or about October 24, 2016, at approximately 1202 hours, Angelica Del Carmen BELTRAN-Duenas applied for entry into the United States at the San Luis, Arizona Port of Entry vehicle lane number three. BELTRAN was the registered owner and sole occupant of a white 2002 Jeep Liberty (MM#350-SZB-8). BELTRAN claimed Mexican citizenship and provided a B1/B2 Border Crossing Card (TJT003767830) as identification. During Customs and Border Protection Officer (CBPO) questioning, BELTRAN displayed nervous behavior such as avoiding eye contact and rapidly moving her leg non-stop. The Primary CBPO conducted a cursory inspection of the vehicle and noticed tampering on the seat bolts and along the undercarriage. BELTRAN continued to look in the opposite direction during this time and her leg continued to move as her vehicle was inspected. The Primary CBPO received a negative customs declaration and referred BELTRAN's vehicle to secondary inspection.

During secondary inspection, BELTRAN provided another negative declaration and was asked to prepare the vehicle for inspection. During the inspection, CBPO's noticed the inside rear cargo carpet and insulation was clearly tampered with. A CBPO used a density meter on the cargo and gas tank area of the vehicle. The tool indicated higher than normal density readings.

A CBP Canine Officer searched the vehicle with a Human and Narcotic Detection Dog (HNDD). The HNDD alerted to the cargo area of the vehicle. Further inspection of the cargo area revealed new padding covering a trap door leading to the gas tank sending unit. Upon opening the trap door, officers observed tool marks around the gas tank sending unit. Further inspection of the gas tank revealed nine vacuum sealed packages containing a white crystalline substance which field tested positive for the

characteristics of methamphetamine. The total aggregate weight was 35.0 pounds (15.9 kilograms).

During a post-*Miranda* interview, BELTRAN stated she was the registered owner of the 2002 Jeep Liberty. BELTRAN admitted to having knowledge of narcotics being concealed in her vehicle. BELTRAN stated she knew bringing narcotics into the United States was illegal. BELTRAN admitted she was to get paid $1500 for smuggling narcotics into the United States.

Based on the foregoing, there is probable cause to believe BELTRAN committed the offenses as alleged in the Complaint.

---
Kirk Zimmer
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, October 25, 2016, at Yuma, Arizona.

---
James F. Metcalf
United States Magistrate Judge